UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Giovanni Henriquez Osorio,<br>Petitioner,<br>v.<br>Todd Blanche, et al.,<br>Respondents. | Case No. 2:26-cv-02124-ART-MDC<br>**Order**<br>[ECF No. 1-1] |

Petitioner Giovanni Henriquez Osorio, an immigration detainee who is challenging his ongoing federal detention at Nevada Southern Detention Center, has filed a pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241. Henriquez-Osorio contends that he was detained on June 10, 2025, and had a bond hearing on March 16, 2026, before an immigration judge. (ECF No. 1-1 at 3–4). Henriquez-Osorio has not paid the $5 filing fee or applied for pauper status.

Henriquez-Osorio filed an earlier § 2241 habeas case challenging his immigration detention. *See Giovanni Henriquez-Osorio v. Kristi Noem*, Case No. 2:26-cv-00234-RFB-BNW. The Federal Public Defender for the District of Nevada ("FPD") was appointed to represent Henriquez-Osorio in his 00234 case. *See id.* at ECF No. 5. The Court granted Henriquez-Osorio a bond hearing under a conditional writ of habeas corpus in his 00234 case. *See id.* at ECF No. 21. The FPD filed a motion to enforce the order and judgment in Henriquez-Osario's 00234 case, and that motion is pending before the Court in that case. *See id.* at ECF Nos. 25, 28, 29, 30, 31. Because this habeas proceeding is duplicative of Henriquez-Osario's 00234 case, the Court will dismiss this case without prejudice and without leave to amend. *Cf. Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (explaining that district courts are empowered to dismiss a civil complaint that merely repeats pending or previously litigated claims).

It is therefore ordered that Giovanni Henriquez Osorio's duplicate habeas proceeding is dismissed without prejudice to his ability to pursue relief in his earlier filed habeas proceeding styled *Giovanni Henriquez-Osorio v. Kristi Noem*, Case No. 2:26-cv-00234-RFB-BNW, and his Petition (ECF No. 1-1) is denied.

The Clerk of the Court is directed to enter final judgment accordingly and close this case. No additional documents may be filed in this closed case.

The Clerk of the Court is further directed to send courtesy copies of the Petition (ECF No. 1-1) and this order to the FPD at ecf_nvchu@fd.org.

DATED: July 16, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE